IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG TRONG NGUYEN,

    Petitioner,                      No. CIV S-05-1446 MCE KJM P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on September 13, 2002 and was decided on the merits on April 4, 2003. Nguyen v. Runnels, Civ. No. S-02-2037 MCE KJM P. Accordingly, this petition is successive and must be authorized by the Court of Appeals. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases. Petitioner has not demonstrated he has received such authorization.

/////

/////

1        Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Court of Appeals for the Ninth Circuit.

DATED: October 26, 2005.

                            /s/ Mueller
                            UNITED STATES MAGISTRATE JUDGE

2
nguy1446.sp