IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG TRONG NGUYEN,

        Petitioner,                No. CIV S-05-1446 MCE KJM P

        vs.

D.L. RUNNELS, et al.,

        Respondents.            ORDER

_____/

        On October 27, 2005, this case was transferred to the Court of Appeals for the Ninth Circuit because petitioner had not received authorization from that court to file a successive petition for a writ of habeas corpus. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases.

        On February 14, 2006, the Court of Appeals denied authorization to pursue a successive writ. <u>Nguyen v. Runnels</u>, No. 05-77112.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

DATED: April 16, 2007.

                                                          U.S. MAGISTRATE JUDGE

2/nguy1446.ooh

1